UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERNON H. STILLWELL, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. CR04-117-JCC<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on March 9, 2011. The United States was represented by AUSA Tessa Gorman and the defendant by Catherine Chaney. The proceedings were digitally recorded.

Defendant had been sentenced on or about April 15, 2005 by the Honorable John C. Coughenour on a charge of Felon in Possession of a Firearm, and sentenced to forty-six months custody, 3 years supervised release. (Dkt. 32.)

The conditions of supervised release included the standard conditions plus the requirements that defendant submit to mandatory drug testing, be prohibited from possessing a firearm, abstain from alcohol or other intoxicants, participate in a substance abuse program,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

submit to search, provide his probation officer with access to financial information, be prohibited from incurring new credit obligations or opening new lines of credit, be prohibited from possessing any identification documents in any but his true identity, and participate in a mental health program. On September 25, 2005, the judgment was amended to clarify that the sentence would run concurrently with defendant's sentence in King County Case No. 04-1-13655-l KNT. (Dkt. 35.)

On February 5, 2010, defendant admitted violating the conditions of supervised release by failing to submit a truthful and complete monthly report form, failing to submit to drug testing as instructed, failing to report to the probation office as instructed, and committing the crime of obstruction of a law enforcement officer. (Dkt. 49.) Defendant was sentenced to four month in custody, thirty-two months supervised release. He was required to reside in and satisfactorily participate in a residential reentry center program for up to 120 days.

On November 4, 2010, defendant admitted violating the conditions of supervised release by failing to submit a written report to the probation office within the first five days of October 2010, failing to report for urinalysis testing, and failing to report for office contacts. An evidentiary hearing was scheduled on additional alleged violations of supervised release. (Dkt. 62.) The conditions of supervised release were modified on November 15, 2010 to require defendant to reside in and successfully participate in a residential reentry center program for up to 180 days. (Dkt. 63.)

In an application dated January 21, 2011 (Dkt. 64, 65), U.S. Probation Officer alleged the following violations of the conditions of supervised release (numbered sequentially to follow the pending violations as referenced above):

8.      Failing to reside at a residential reentry center (RRC) for up to 120 days or until discharged by the program manager with the approval of the U.S. Probation Officer.

9.      Failing to report to the U.S. Probation Officer as instructed.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violations 7, 8, and 9 and waived any evidentiary hearing as to whether they occurred. The government moved to dismiss alleged violations 4, 5, and 6. (Dkt. 71.)

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 7, 8, 9, as well as violations 1, 2, and 3 as previously reported (Dkt. 62), that the Court conduct a hearing on those violations limited to the issue of disposition, and that the Court dismiss alleged violations 4, 5, and 6. The next hearing is scheduled for April 22, 2011 before Judge Coughenour.

Pending a final determination by the Court, defendant has been detained.

DATED this 9th day of March, 2011.

Mary Alice Theiler
United States Magistrate Judge

cc:     District Judge:         Honorable John C. Coughenour
        AUSA:                   Tessa Gorman
        Defendant's attorney:   Catherine Chaney
        Probation officer:      Frances L. Davis

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3